UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

THEODORE STEVENS,

Plaintiff,

v.

JAMES TODD RUSSELL, *et al.*,

Defendants.

Case No. 3:17-cv-00476-RCJ-WGC

ORDER

I. **DISCUSSION**

On November 6, 2018, the Court issued a screening order on Plaintiff's civil rights complaint. (ECF No. 3). In that order, the Court dismissed Plaintiff's access to the courts claim without prejudice, with leave to amend. (*Id.* at 8). The Court specifically informed Plaintiff that, if he failed to file an amended complaint within 30 days, Plaintiff's action would be dismissed with prejudice for failure to state a claim. (*Id.*) Plaintiff did not file a timely amended complaint, and the Court therefore dismissed the action with prejudice for failure to state a claim. (ECF No. 5). The Court entered judgment accordingly. (ECF No. 6).

On February 5, 2019, Plaintiff filed a motion to vacate the judgment. (ECF No. 7). A court may vacate a judgment if, under certain circumstances, there has been a mistake arising from oversight or omission. Fed. R. Civ. P. 60(a). Plaintiff argues that the Court made a mistake, stating: "In re to Doc 5, you might wanna read Doc 4, where I asked for

1

an ext, that was never ruled on, so yeah, vacate Doc 5, so I can file my FAC." (ECF No. 7).

In fact, ECF No. 5 is Plaintiff's filed original complaint. The docket reflects that Plaintiff never filed a motion for an extension of time to file an amended complaint and never filed an amended complaint. The Court did not make a mistake.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion to vacate the judgment (ECF No. 7) is denied.

DATED THIS 2nd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE